**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CAROLYN BETTY-LOES GUSKE,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11384

Judge Mary M. Rowland

Magistrate Judge Maria Valdez

**DECLARATION OF CAROLYN BETTY-LOES GUSKE**

I, CAROLYN BETTY-LOES GUSKE, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that created the Carolyn Guske Work. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am a professional artist with over thirty years of experience in animation, illustration, and painting. I received five years of formal training at the Brandes Art Institute and have worked extensively in feature film, television, and commercial animation as a background painter and visual development artist for studios including Disney, Warner Bros., Sony, and DreamWorks. My fine art practice focuses on realistic, illustrative works with subtle elements of whimsy, created primarily in watercolor and Photoshop, with drawings in pencil or charcoal. In 2009, I began painting rare breed farm animals, often traveling to farms and using extensive photographic references to accurately capture the

beauty and personality of each animal. My hope is that my paintings will bring attention to these rare breeds and increase appreciation for our agricultural heritage.

4. I am the official source of products associated with the Carolyn Guske Work (the "Carolyn Guske Products"):




https://pixels.com/art/carolyn+guske

5. I am the owner of the copyright registration for the Carolyn Guske copyrighted work, which is protected by United States Copyright Registration No. VA 2-456-068 (the "Carolyn Guske Work"). A true and correct copy of the copyright registration for the Carolyn Guske Work is attached hereto as **Exhibit 1**.

6. I control the quality of all materials and content that feature the distinctive Carolyn Guske Work.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Carolyn Guske Work. As a result, the image is widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8. The success of the Carolyn Guske Work has resulted in significant infringement of my copyright. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the

internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Carolyn Guske Work to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Carolyn Guske Work. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Carolyn Guske Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Carolyn Guske Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyright for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Carolyn Guske Work is used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Carolyn Guske copyrighted material because infringers take away my ability to control the nature and quality of products bearing the Carolyn Guske Work and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Carolyn Guske Work are meant to be exclusive rights.

13. The marketing and distribution of the Carolyn Guske Work and derivative works are aimed at growing and sustaining sales. When infringers use the Carolyn Guske Work without authorization, the exclusivity associated with the Carolyn Guske Work, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Carolyn Guske Work create the impression that the copyright rights associated with the Carolyn Guske Work may be infringed with impunity. The Carolyn Guske Work is distinctive and signifies to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Carolyn Guske Work on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Carolyn Guske Work cannot be compensated for financially since it erodes my ability to monetize the Carolyn Guske Work.

15. I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2026.

Carolyn Betty-Loes Guske

Carolyn Betty-Loes Guske