Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-456-068**
**Effective Date of Registration:**
July 28, 2025
**Registration Decision Date:**
August 05, 2025

## Title

**Title of Work:** Barred Rock Hen

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** February 01, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Carolyn Betty-Loes Guske
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Carolyn Betty-Loes Guske
3327 Old Olympic Hwy, Port Angeles, WA, 98362, United States

## Rights and Permissions

**Name:** Carolyn Betty-Loes Guske
**Email:** carolynguske@gmail.com
**Address:** 3327 Old Olympic Hwy
Port Angeles, WA 98362 United States

## Certification

**Name:** David Denholm
**Date:** July 28, 2025
**Applicant's Tracking Number:** CG2025072801

